James A. Patten (ID #1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT 59103-1239
Telephone (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com
Attorney for Lynn Stutzman

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>DAVID E. HEINLE,<br><br>Debtor. | Case No. 21-20164<br><br>**MOTION FOR RULE 2004 EXAMINATION** |
|---|---|

Pursuant to Rule 2004, Fed. R. Bankr. P., the undersigned respectfully requests the Court to order an examination as follows:

1. Witness to be examined: David E. Heinle

2. Date: February 11, 2022

3. Time: 1:00 pm

4. Place: Fisher Court Reporting
   442 E. Mendenhall
   Bozeman, MT 59715

5. Scope of examination: bankruptcy schedules; Broken Fiddle Ranch; withdrawals from B&H; Stutzman contract for deed.

6. Documents to be produced:

    a. All bank records for B&H Investment Properties, LLC for period October 1, 2016 through July 1, 2018;

    b. All bank records for United Bank accounts (i) # XXXX5347 (Dave Heinle), (ii) # XXXX7483 (Beartooth Lumber), and (iii) # 7807 (Beartooth Corner) for period October 1, 2016 through July 1, 2018;

c. All documents pertaining to the B&H Investment Properties, LLC contract for deed with Lynn Stutzman;

   d. All correspondence received from Howard and/or Mona Butler regarding B&H Investment Properties, LLC;

   e. The 2016, 2017, 2018 and the most recent filed state and federal tax returns for (i) David Heinle, (ii) Beartooth Lumber, and (iii) Beartooth Corner.

7. Time, Date and Place of Production (if different from examination): n/a

8. Moving Party's Calculation of Mileage pursuant to Fed. R. Bankr. P. 2004(e): n/a

9. The undersigned has contacted opposing counsel, Rusty Murphy, who advises that he does not oppose this Motion and will agree to produce the documents described herein without a subpoena duces tecum pursuant to Fed. R. Bankr. P. 9016.

DATED this 1st day of February, 2022.

**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, Montana 59101

By: /s/JA Patten
James A. Patten
Attorney for Lynn Stutzman

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify, under penalty of perjury, that on the 1st day of February, 2022, a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties: None

By: /s/ JA Patten
For Patten, Peterman, Bekkedahl & Green, PLLC